STEPHAN, KVANVIG, STONE & TRAINOR
Laird B. Stone - ISB #2363
P. O. Box 83
Twin Falls, Idaho  83303-0083
Telephone:  208-733-2721
Facsimile:  208-733-3619
E-Mail: skst@idaho-law.com
22634.01/ASSIGNMENT-BK/cl
Attorney for Plaintiffs

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of:<br><br>DEREK DON MOLESWORTH and HEATHER LYNN MOLESWORTH, husband and wife, fdba DM INVESCO LLC, fdba DM ENTERPRISES, INC., fdba RD INVESTMENTS, L.L.C., fdba BIG DADDY'S BIKES & FINE LEATHERS, INC., fdba FALLS AVE FITNESS UNLIMITED, INC.,<br><br>      Debtors. | Case No. 07-40315-JDP<br><br>**ASSIGNMENT OF JUDGMENT** |
| RANDY J. STOKER, individually, and through the Randy J. Stoker Chartered Profit Sharing Plan, DON DAVID GIBBS ESTATE, by and through Randy J. Stoker, Conservator, GREGORY ROBERTSON TRUST, by and through Randy J. Stoker, Trustee, and RD INVESTMENTS, L.L.C., (dissolved), through Randy J. Stoker, member,<br><br>      Plaintiffs,<br><br>vs.<br><br>DEREK DON MOLESWORTH and HEATHER LYNN MOLESWORTH, husband and wife,<br><br>      Defendants. | Adversary Case No. 07-8083-JDP |

ASSIGNMENT OF JUDGMENT - 1

FOR VALUE RECEIVED, Laird B. Stone of the firm of Stephan, Kvanvig, Stone & Trainor, representing RANDY J. STOKER, individually, and through the Randy J. Stoker Chartered Profit Sharing Plan, DON DAVID GIBBS ESTATE, by and through Randy J. Stoker, Conservator, GREGORY ROBERTSON TRUST, by and through Randy J. Stoker, Trustee, and RD INVESTMENTS, L.L.C., (dissolved), through Randy J. Stoker, member, Plaintiffs, in a judgment rendered in the above entitled Court on April 16, 2008 as docket #17 in favor of Plaintiffs and against Derek Don Molesworth, Defendant, do hereby assign all of Plaintiffs' rights, title and interest in said Judgment to the Estate of Randy Stoker, with full authority to adjust, settle and execute upon, and/or satisfy said Judgment.

Judgment was recorded as Instrument No. 2008-012847, records of Twin Falls County Idaho, on June 5, 2008. Thereafter, judgment was renewed on March 25, 2013 as docket #25 and recorded on June 16, 2015 as Instrument No. 2015-009642, records of Twin Falls County, Idaho. Thereafter, judgment was again renewed on March 19, 2018 as docket #31 and recorded on April 11, 2018 as Instrument No. 2018-005482, records of Twin Falls County, Idaho.

Dated this ___9th___ day of July, 2018.

STEPHAN, KVANVIG, STONE & TRAINOR

By_____
Laird B. Stone
Attorney for Plaintiffs

ASSIGNMENT OF JUDGMENT - 2

STATE OF IDAHO,            )
                           : ss.
COUNTY OF TWIN FALLS       )

On this ___9th___ day of July, 2018, before me, the undersigned, a Notary Public for Idaho, personally appeared Laird B. Stone, known or identified to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year in this certificate first above written.

_____
Notary Public for Idaho,
Residing at Twin Falls, Idaho.
Commission Expires: 2/23/24

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___9th___ day of July, 2018, I caused a true and correct copy of the foregoing to be served by the method indicated below and addressed to:

Derek Don Molesworth               ☐ Hand Delivery
Post Office Box 1424               ■ U.S. Mail
Twin Falls, Idaho 83303-1424       ☐ Court Folder
                                   ☐ Facsimile
                                   ☐ ECF Notice

Douglas Merkley, Esquire           ☐ Hand Delivery
Post Office Box 4389               ■ U.S. Mail
Pocatello, Idaho 83205-4389        ☐ Court Folder
Fax: 208-778-2262                  ☐ Facsimile
E-mail: dmerkleypa@gmail.com       ☐ ECF Notice

By: _____
    Laird B. Stone

ASSIGNMENT OF JUDGMENT - 3